(99 South. 707)

No. 26441.

### S. G. SAMPLE v. G. W. ELLIOTT.

### Intervention of F. L. SUFFERN.

(March 24, 1924.)

Appeal from Thirteenth Judicial District Court, Parish of Grant; J. A. Williams and L. L. Hooe, Judges.

Hall & Hall, of Shreveport, for appellant.
Charles M. Roberts, of Minden, and C. H. McCain, of Colfax, for appellee.

By Division A, composed of O'NIELL, C. J., and ROGERS and BRUNOT, JJ.

O'NIELL, C. J. This case is similar to the case No. 26440, having the same title, decided to-day, 99 South. 705,[1] and the issues presented are exactly the same. For the reasons given in that case, the judgment in this case is affirmed at appellant's cost.

[1] Ante, p. 941.